ISLAND RECYCLING CORP. et al., Appellants, v NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE et al., Respondents.

Submitted February 16, 2007; decided May 1, 2007

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.

LONG ISLAND LIGHTING COMPANY, Plaintiff, and KEYSPAN CORPORATION, Appellant, v ALLIANZ UNDERWRITERS INSURANCE COMPANY et al., Defendants, and CENTURY INDEMNITY COMPANY et al., Respondents.

Submitted April 23, 2007; decided May 1, 2007

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution (see Burke v Crosson, 85 NY2d 10, 18 n 5 [1995]).

RAMAN MANN, an Infant, by His Guardian ad Litem, GEORGE S. AKST, et al., Respondents, v COOPER TIRE COMPANY et al., Appellants, et al., Defendants.

Submitted January 29, 2007; decided May 1, 2007

Motion for reargument of motion for leave to appeal denied with $100 costs and necessary reproduction disbursements [see 7 NY3d 718].

In the Matter of CHRISTOPHER MAPP, Respondent, v GREGORY BURNHAM, as Chief Technology Officer of Port Authority of New York & New Jersey, et al., Appellants.

Submitted April 9, 2007; decided May 1, 2007

Motion to dismiss the appeal herein denied.